UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

**BILLY LAMPTON**                      **CIVIL ACTION NO. 07-0628-A**
**FED. REG. NO. 25078-034**

                                                                **JUDGE DRELL**

**-vs-**

                                         **MAGISTRATE JUDGE KIRK**

**WARDEN FREDRICK MENIFEE**

_____

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law (except for an obvious typographical reference to 21 U.S.C. § 851 instead of § 841 in footnote #1);

IT IS ORDERED that petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. § 2241 be DENIED and DISMISSED WITH PREJUDICE for lack of jurisdiction.

SIGNED on this 11th day of September 2007 at Alexandria, Louisiana.

Dee D. Drell
United States District Judge